EDWARD MORLEY, Appellant, *v.* CHARLES L. VAN DE WATER, as Administrator of the Estate of GEORGE A. CASTOR, Deceased, Respondent.

*Morley* v. *Castor*, 128 App. Div. 924, affirmed.
(Argued January 14, 1910; decided January 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 6, 1908, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action for an accounting as to the rents and profits of certain real property.

*George E. Morgan* for appellant.

*Ralph Polk Buell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

ANNIE LYNCH et al., Respondents, *v.* JOHN D. LYONS, as Administrator of the Estate of ANDREW DONNELLY, JR., Deceased, Appellant.

*Lynch* v. *Lyons*, 131 App. Div. 120, affirmed.
(Submitted January 14, 1910; decided January 28, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 17, 1909, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to recover upon promissory notes.

*Henry Willis Smith* and *George H. Smith* for appellant.

*William McCauley* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.